# Court of Appeals
# of the State of Georgia

ATLANTA,__July 09, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A2128.   GREENPOINT MORTGAGE FUNDING, INC. v. KRP OF CALHOUN, LLC et al.**

Greenpoint Mortgage Funding, Inc. appeals to this Court from the trial court's order dismissing its petition to quiet title.  Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land.  Because this appeal involves title to land, jurisdiction appears to lie in the Supreme Court.  See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004).  Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
         Clerk's Office, Atlanta,_07/09/2013_____
         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
                 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*